EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorney

TRACY A. HINO  #3202
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 09 2005

at 3 o'clock and 15 min __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>EDWINA KALAOLA,<br><br>    Defendant. | CR. NO. CR05-00066 DAE<br><br>INDICTMENT<br><br>18 U.S.C. §§ 1711 and 1001(a)(2) |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about November 22, 2004, in the District of Hawaii, EDWINA KALAOLA, a Postal Service officer and employee, did knowingly and willfully convert to her own use, more than $1,000 in United States currency that came under her control, in

the execution and under color of her office and employment with the Postal Service.

In violation of Title 18, United States Code, Section 1711.

### COUNT 2

The Grand Jury further charges:

On or about November 24, 2004, in the District of Hawaii, in a matter within the jurisdiction of the executive branch of the Government of the United States, EDWINA KALAOLA did knowingly and willfully make a materially false, fraudulent, and fictitious statement and representation; to wit: in order to conceal the crime as set forth in Count 1 of this Indictment, EDWINA KALAOLA made a statement to Postal Inspectors that she verified the accuracy of the mid-day advance deposit by preparing an accurate calculator receipt for the deposit when in fact she knew that the calculator receipt that she prepared did not accurately reflect the actual mid-day advance deposit.

// //
// //
// //
// //
// //
// //
// //

In violation of Title 18, United States Code, Section 1001(a)(2).

DATED: _____2/9/05_____, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

United States of America vs. Edwina Kalaola
Cr. No. _____
"Indictment"