# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/10/06  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR NO. 05-00066DAE

CASE NAME:          United States of America Vs. Edwina Kalaola

ATTYS FOR PLA:      Tracy A. Hino and Agent Jon Watanabe

ATTYS FOR DEFT:     Shanlyn Park

INTERPRETER:

JUDGE:     David Alan Ezra         REPORTER:   Stephen Platt

DATE:      2/10/06                 TIME:       1:35pm-200pm

COURT ACTION: EP: Sentencing to Counts 1 and 2 of the Indictment-Defendant present not in Custody.

The Court adopts the presentence report without change.

Defendant addresses the Court.

Sentence-

Imprisonment-3 Months as to each of Count 1 and 2 to run concurrently.

Mittimus Stayed to 3-24-2006 by 2:00 p.m. Local Time.  Defendant to self surrender to prison facility designated by the Bureau of Prisons.

Court Recommendation- FDC-Honolulu

Supervised Release-3 Years as to each of Count 1 and 2 to run concurrently.

Special Conditions of Supervised Release-

1.    That the defendant shall abide by the standard conditions of supervision.

2.    That the defendant not commit any crimes, federal, state, or local (mandatory

condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory condition).  Since the defendant does not have a recent history of substance abuse and the offense is not drug related, is recommended that the Court waive the mandatory drug test condition.

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That restitution of $2,000 is due immediately to Aiea Post Office, Attn: Postmaster, 99-040 Kauhale Street, Aiea, HI 96701-9998, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of her monthly gross income.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant is prohibited from incurring credit charges and lines of credit without the approval of the Probation Office.

10. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

11. Defendant shall not linger or dwell in a Post Office or be with Postal Employees during business hours.

Special Assessment-$100.00.

Defendant advised of her right to Appeal.

Submitted by Leslie L. Sai, Courtroom Manager